# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Lori Schweer,<br>    Plaintiff | Docket 3:16-cv-01528-JMM |
| v. | (JUDGE JAMES M. MUNLEY) |
| HOVG, LLC, et al.,<br>    Defendants | FILED ELECTRONICALLY |

## ORDER

Upon consideration of the *Stipulation To Extend Discovery Response Deadline* filed to Docket Entry 15 it is hereby ORDERED that the stipulation is approved. Defendants' response to Plaintiff's discovery of September 29, 2016 shall be received in the office of Plaintiff's counsel no later than November 16, 2016.

BY THE COURT:

Date: 11/3/16

JAMES M. MUNLEY
United States District Judge