UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LORI SCHWEER, | ) Civil Case No. 3:16-CV-01528-JMM |
| | ) |
| Plaintiff, | ) **(JUDGE JAMES M. MUNLEY)** |
| | ) |
| vs. | ) |
| | ) |
| HOVG, LLC and PENDRICK CAPITAL PARTNERS, LLC, | ) |
| | ) |
| Defendants. | ) |

**ORDER TO EXTEND THE TIME WITHIN WHICH PLAINTIFF MAY TAKE DEPOSITIONS**

Based on the stipulation of the parties it is hereby ordered as follows:

1. The time period within which Plaintiff may conduct depositions is extended until February 28, 2017.

2. If the parties cannot agree on a date for depositions, the depositions will be conducted on February 28, 2017.

3. Should they choose to do so, Defendants may bring a motion for a protective order. However, Defendants acknowledge that they shall attend any scheduled deposition if the motion for protective order has not been granted by the date of the deposition.

_____ 1/17/17
Judge James M. Munley

4811-0466-5152.1